# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KANE BROLIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WORKWEAR OUTFITTERS, LLC DBA TERRA.,<br><br>　　　　　Defendant. | Civil Action No. 3:25-cv-00001 |

## NOTICE OF SETTLEMENT

　　Plaintiff Kane Brolin hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Workwear Outfitters, LLC dba Terra. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: June 20, 2025　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/  Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　　　ben@nshmlaw.com
　　　　　　　　　　　　　　　　　　　　**NYE, STIRLING, HALE, MILLER, & SWEET LLP**
　　　　　　　　　　　　　　　　　　　　101 Pennsylvania Boulevard, Suite 2
　　　　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15228
　　　　　　　　　　　　　　　　　　　　Phone: (412) 857-5350

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 20th day of June, 2025.

                                                                 */s/ Benjamin J. Sweet*
                                                                    Benjamin J. Sweet